# EXHIBIT A


ACR   Document 1-1   Filed