# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-100-104**
Effective Date of Registration:
March 24, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    For Photographs Published:   January 22, 2014 to November 26, 2014

## Title

                    **Title of Group:**  Julie Dermansky
**Number of Photographs in Group:**  714

- **Individual Photographs:** 1.22.14 austin protest.jpg, 1.27.14 NOLA .jpg, 1.27.14 NOLA1.jpg, 1.27.14 nola10.jpg, 1.27.14 nola11.jpg, 1.27.14 nola12.jpg, 1.27.14 nola13.jpg, 1.27.14 nola14.jpg, 1.27.14 nola15.jpg, 1.27.14 nola16.jpg, 1.27.14 nola17.jpg, 1.27.14 nola18.jpg, 1.27.14 nola2.jpg, 1.27.14 nola3.jpg, 1.27.14 nola4.jpg, 1.27.14 nola5.jpg, 1.27.14 nola6.jpg, 1.27.14 nola7.jpg, 1.27.14 nola8.jpg, 1.27.14 nola9.jpg, 1.30.14 texas.jpg, 1.30.14 texas2.jpg, 1.30.14 texas3.jpg, 1.30.14 texas4.jpg, 1.30.14 texas5.jpg, 1.30.14 texas6.jpg, 1.30.14 texas7.jpg, 1.30.14 texas8.jpg,
  **Published:** January 2014

- **Individual Photographs:** 2.08.14 comiccom.jpg, 2.08.14 comiccom1.jpg, 2.08.14 comiccom10.jpg, 2.08.14 comiccom11.jpg, 2.08.14 comiccom12.jpg, 2.08.14 comiccom13.jpg, 2.08.14 comiccom14.jpg, 2.08.14 comiccom15.jpg, 2.08.14 comiccom2.jpg, 2.08.14 comiccom3.jpg, 2.08.14 comiccom4.jpg, 2.08.14 comiccom5.jpg, 2.08.14 comiccom6.jpg, 2.08.14 comiccom7.jpg, 2.08.14 comiccom8.jpg, 2.08.14 comiccom9.jpg, 2.10.14 buffalo .jpg, 2.10.14 eaglford 932.jpg, 2.10.14 ealgeford family.jpg, 2.10.14 flare 2.jpg, 2.10.14 flare mask.jpg, 2.10.14 flare2.jpg, 2.10.14 flare3.jpg, 2.10.14 flare4.jpg, 2.10.14 flare5.jpg, 2.10.14 flare9.jpg, 2.17.14 texas.jpg, 2.17.14 texas2.jpg, 2.18.14 MardiGras.jpg, 2.18.14 MardiGras1.jpg, 2.18.14 MardiGras10.jpg, 2.18.14 MardiGras11.jpg, 2.18.14 MardiGras12.jpg, 2.18.14 MardiGras13.jpg, 2.18.14 MardiGras14.jpg, 2.18.14 MardiGras15.jpg, 2.18.14 MardiGras16.jpg, 2.18.14 MardiGras17.jpg, 2.18.14 MardiGras18.jpg, 2.18.14 MardiGras19.jpg, 2.18.14 MardiGras2.jpg, 2.18.14 MardiGras20.jpg, 2.18.14 MardiGras21.jpg, 2.18.14 MardiGras22.jpg, 2.18.14 MardiGras3.jpg, 2.18.14 MardiGras4.jpg, 2.18.14 MardiGras5.jpg, 2.18.14 MardiGras6.jpg, 2.18.14 MardiGras7.jpg, 2.18.14 MardiGras8.jpg, 2.18.14 MardiGras9.jpg, 2.23.14 texas.jpg, 2.23.14 texas1-.jpg, 2.23.14 texas1.jpg, 2.23.14 texas2.jpg, 2.23.14 texas4.jpg, 2.23.14 texas5.jpg, 2.23.14 texas6.jpg, 2.23.14 texas7.jpg, 2.23.14 texas9.jpg,
  **Published:** February 2014

- **Individual Photographs:** 2.28.14 texas.jpg, 2.28.14 texas1.jpg, 2.28.14 texas2.jpg, 2.28.14 texas3.jpg, 2.28.14 texas4.jpg, 2.28.14 texas5.jpg, 2.28.14 texas6.jpg, 2.28.14 texas7.jpg, 2.28.14 texas8.jpg,
  **Published:** February 2014

- **Individual Photographs:** 3.07.14 detroit.jpg, 3.07.14 detroit1.jpg, 3.07.14 detroit10.jpg, 3.07.14 detroit3.jpg, 3.07.14 detroit4.jpg, 3.07.14 detroit5.jpg, 3.07.14 detroit6.jpg, 3.07.14 detroit7.jpg, 3.07.14 detroit8.jpg, 3.07.14 detroit9.jpg, 3.07.14 fairchild.jpg, 3.07.14 pipeline.jpg, 3.07.14 pipeline1.jpg, 3.07.14 pipeline2.jpg, 3.07.14 pipeline4.jpg, 3.07.14 vokes.jpg, 3.08.14 ExxonLA.jpg, 3.08.14 ExxonLA2.jpg, 3.08.14 greenarmy.jpg, 3.08.14 greenarmy10.jpg, 3.08.14 greenarmy11.jpg, 3.08.14 greenarmy12.jpg, 3.08.14 greenarmy13.jpg, 3.08.14 greenarmy14.jpg, 3.08.14 greenarmy15.jpg, 3.08.14 greenarmy16.jpg, 3.08.14 greenarmy17.jpg, 3.08.14 greenarmy2.jpg, 3.08.14 greenarmy4.jpg, 3.08.14 greenarmy5.jpg, 3.08.14 greenarmy6.jpg, 3.08.14 greenarmy7.jpg, 3.08.14 greenarmy8.jpg, 3.08.14 greenarmy9.jpg, 3.08.14 russel.jpg, 3.08.14 russel2.jpg, 3.08.14 subra.jpg,
    **Published:** March 2014

- **Individual Photographs:** 4.01.14 presspark.jpg, 4.01.14 presspark1.jpg, 4.01.14 presspark10.jpg, 4.01.14 presspark11.jpg, 4.01.14 presspark12.jpg, 4.01.14 presspark13.jpg, 4.01.14 presspark14.jpg, 4.01.14 presspark15.jpg, 4.01.14 presspark16.jpg, 4.01.14 presspark2.jpg, 4.01.14 presspark3.jpg, 4.01.14 presspark4.jpg, 4.01.14 presspark5.jpg, 4.01.14 presspark6.jpg, 4.01.14 presspark7.jpg, 4.01.14 presspark8.jpg, 4.01.14 presspark9.jpg, 4.04.14 drone.jpg, 4.04.14 drone1.jpg, 4.04.14 LA.jpg, 4.04.14 LA10.jpg, 4.04.14 LA11.jpg, 4.04.14 LA12.jpg, 4.04.14 LA13.jpg, 4.04.14 LA14.jpg, 4.04.14 LA15.jpg, 4.04.14 LA16.jpg, 4.04.14 LA17.jpg, 4.04.14 LA18.jpg, 4.04.14 LA19.jpg, 4.04.14 LA2.jpg, 4.04.14 LA20.jpg, 4.04.14 LA21.jpg, 4.04.14 LA22.jpg, 4.04.14 LA23.jpg, 4.04.14 LA24.jpg, 4.04.14 LA25.jpg, 4.04.14 LA26.jpg, 4.04.14 LA3.jpg, 4.04.14 LA4.jpg, 4.04.14 LA5.jpg, 4.04.14 LA6.jpg, 4.04.14 LA7.jpg, 4.04.14 LA8.jpg, 4.04.14 LA9.jpg, 4.04.14 presspark.jpg, 4.05.14 LA sign.jpg, 4.08.14 txoic2.jpg, 4.08.14 shelly.jpg, 4.08.14 steve.jpg, 4.08.14 toxic water.jpg, 4.08.14 water.jpg, 4.17.14 linda .jpg, 4.17.14 linda2.jpg, 4.17.14 linda3.jpg, 4.17.14 linda4.jpg, 4.17.14 linda5.jpg, 4.17.14 linda6.jpg, 4.17.14 linda7.jpg, 4.17.14 linda8.jpg, 4.17.14 linda9.jpg, 4.22.14 treefrog.jpg, 4.23.14 fracking museum.jpg, 4.24.14 sinkhole.jpg, 4.24.14 sinkhole1.jpg,
    **Published:** April 2014

- **Individual Photographs:** 5.06.14 frackingLA.jpg, 5.06.14 frackingLA1.jpg, 5.06.14 frackingLA10.jpg, 5.06.14 frackingLA11.jpg, 5.06.14 frackingLA12.jpg, 5.06.14 frackingLA13.jpg, 5.06.14 frackingLA14.jpg, 5.06.14 frackingLA15.jpg, 5.06.14 frackingLA17.jpg, 5.06.14 frackingLA2.jpg, 5.06.14 frackingLA3.jpg, 5.06.14 frackingLA4.jpg, 5.06.14 frackingLA5.jpg, 5.06.14 frackingLA6.jpg, 5.06.14 frackingLA7.jpg, 5.06.14 frackingLA9.jpg, 5.06.14 GrobyLA.jpg, 5.06.14 Jake Groby .jpg, 5.07.14 frackingtx.jpg, 5.07.14 frackingtx2.jpg, 5.07.14 frackingtx3.jpg, 5.07.14 frackingtx4.jpg, 5.08.14 sinkhole.jpg, 5.08.14 sinkhole2.jpg, 5.08.14 sinkhole3.jpg, 5.08.14 sinkhole4.jpg, 5.08.14 sinkhole5.jpg, 5.08.14 sinkhole6.jpg, 5.08.14 sinkhole7.jpg, 5.09.14 florida.jpg, 5.09.14 florida10.jpg, 5.09.14 florida11.jpg, 5.09.14 florida12.jpg, 5.09.14 florida2.jpg, 5.09.14 florida3.jpg, 5.09.14 florida4.jpg, 5.09.14 florida6.jpg, 5.09.14 florida7.jpg, 5.09.14 florida8.jpg, 5.09.14 florida9.jpg, 5.09.18 florida.jpg, 5.11.14 nola presspark.jpg, 5.11.14 nola.jpeg, 5.11.14 nola1.jpeg, 5.11.14 nola10.jpeg, 5.11.14 nola2.jpeg, 5.11.14 nola20.jpg, 5.11.14 nola21.jpg, 5.11.14 nola3.jpeg, 5.11.14 nola4.jpeg, 5.11.14 nola5.jpeg, 5.11.14 nola6.jpeg, 5.11.14 nola7.jpeg, 5.11.14 nola8.jpeg, 5.11.14 nola9.jpeg, 5.14.14 sinkhole.jpg, 5.14.14 sinkhole1.jpg, 5.14.14 sinkhole2.jpg, 5.14.14 sinkhole3.jpg, 5.15.14 wedding.jpg,
    **Published:** May 2014

- **Individual Photographs:** 5.15.14 wedding2.jpg, 5.16.14 scalise.jpg, 5.16.14 scalise1.jpg, 5.16.14 scalise2.jpg, 5.16.14 scalise3.jpg, 5.16.14 scalise4.jpg, 5.16.14 scalise5.jpg,



|  |  |
|---|---|
|  | 5.16.14 scalise6.jpg, 5.16.14 scalise7.jpg, 5.16.14 scalise8.jpg, 5.16.14 scalise9.jpg, 5.21.14 Alexis Meyer.jpg, 5.21.14 Bullard.jpg, 5.21.14 Collier-Hogan.jpg, 5.21.14 Duran.jpg, 5.21.14 fl.jpg, 5.21.14 fl10.jpg, 5.21.14 fl11.jpg, 5.21.14 fl12.jpg, 5.21.14 fl13.jpg, 5.21.14 fl14.jpg, 5.21.14 fl3.jpg, 5.21.14 fl4.jpg, 5.21.14 fl5.jpg, 5.21.14 fl6.jpg, 5.21.14 fl7.jpg, 5.21.14 fl8.jpg, 5.21.14 fl9.jpg, 5.21.14 karen.jpg, |
| **Published:** | May 2014 |
| • **Individual Photographs:** | 6. 10.14 NM eddy field.jpg, 6. 10.14 NM fracking .jpg, 6. 10.14 NM fracking.jpg, 6. 10.14 NM industy .jpg, 6. 10.14 NM waste.jpg, 6.22.14 family presspark.jpg, 6.22.14 nola1.jpg, 6.22.14 nola2.jpg, 6.22.14 nola3.jpg, 6.22.14 presspark.jpg, 6.22.14 presspark1.jpg, 6.22.14 presspark2.jpg, 6.22.14 presspark3.jpg, 6.22.14 presspark4.jpg, 6.22.14 presspark8.jpg, 6.22.14presspark6.jpg, |
| **Published:** | June 2014 |
| • **Individual Photographs:** | 7.10.14 .jpg, 7.10.14 10.jpg, 7.10.14 114A1879.jpg, 7.10.14 114A2958.jpg, 7.10.14 114A2974.jpg, 7.10.14 114A2999.jpg, 7.10.14 basin -54.jpg, 7.10.14 basin 3.jpg, 7.10.14 basin-55.jpg, 7.10.14 basin-60.jpg, 7.10.14 basin-63.jpg, 7.10.14 basin-70.jpg, 7.10.14 basin.jpg, 7.10.14 basin00.jpg, 7.10.14 basin000.jpg, 7.10.14 basin000008.jpg, 7.10.14 basin00008.jpg, 7.10.14 basin000098.jpg, 7.10.14 basin0003.jpg, 7.10.14 basin0004.jpg, 7.10.14 basin0006.jpg, 7.10.14 basin00076.jpg, 7.10.14 basin00080.jpg, 7.10.14 basin00085.jpg, 7.10.14 basin000876.jpg, 7.10.14 basin0009.jpg, 7.10.14 basin01.jpg, 7.10.14 basin02.jpg, 7.10.14 basin03.jpg, 7.10.14 basin08.jpg, 7.10.14 basin09.jpg, 7.10.14 basin09890.jpg, 7.10.14 basin1112.jpg, 7.10.14 basin111232.jpg, 7.10.14 basin1113.jpg, 7.10.14 basin123.jpg, 7.10.14 basin212345.jpg, 7.10.14 basin2213.jpg, 7.10.14 basin2221.jpg, 7.10.14 basin22213.jpg, 7.10.14 basin2221rr.jpg, 7.10.14 basin2222.jpg, 7.10.14 basin222312.jpg, 7.10.14 basin22232.jpg, 7.10.14 basin2231.jpg, 7.10.14 basin23.jpg, 7.10.14 basin231.jpg, 7.10.14 basin232.jpg, 7.10.14 basin232323.jpg, 7.10.14 basin2832.jpg, 7.10.14 basin3.jpg, 7.10.14 basin323.jpg, 7.10.14 basin32321.jpg, 7.10.14 basin332.jpg, 7.10.14 basin3325.jpg, 7.10.14 basin3332.jpg, 7.10.14 basin33321.jpg, 7.10.14 basin3334.jpg, 7.10.14 basin334256.jpg, 7.10.14 basin3425.jpg, |
| **Published:** | July 2014 |
| • **Individual Photographs:** | 7.10.14 basin3939.jpg, 7.10.14 basin4.jpg, 7.10.14 basin434.jpg, 7.10.14 basin4432.jpg, 7.10.14 basin44421.jpg, 7.10.14 basin4443.jpg, 7.10.14 basin44432.jpg, 7.10.14 basin4445.jpg, 7.10.14 basin5.jpg, 7.10.14 basin5382.jpg, 7.10.14 basin55.jpg, 7.10.14 basin553.jpg, 7.10.14 basin554.jpg, 7.10.14 basin556.jpg, 7.10.14 basin56.jpg, 7.10.14 basin5843.jpg, 7.10.14 basin6.jpg, 7.10.14 basin66565.jpg, 7.10.14 basin68.jpg, 7.10.14 basin69.jpg, 7.10.14 basin7.jpg, 7.10.14 basin71.jpg, 7.10.14 basin72.jpg, 7.10.14 basin73.jpg, 7.10.14 basin74.jpg, 7.10.14 basin75.jpg, 7.10.14 basin77.jpg, 7.10.14 basin77767.jpg, 7.10.14 basin77778.jpg, 7.10.14 basin8.jpg, 7.10.14 basin8238284.jpg, 7.10.14 basin8383.jpg, 7.10.14 basin86.jpg, 7.10.14 basin888765.jpg, 7.10.14 basin88887.jpg, 7.10.14 basin88888.jpg, 7.10.14 basin89.jpg, 7.10.14 basin92929.jpg, 7.10.14 basin932.jpg, 7.10.14 basin9393.jpg, 7.10.14 basin93939392.jpg, 7.10.14 basin977.jpg, 7.10.14 basin987.jpg, 7.10.14 basin99.jpg, 7.10.14 basin9903.jpg, 7.10.14 basin9936.jpg, 7.10.14 basin9985.jpg, 7.10.14 basin9987.jpg, 7.10.14 basin99875.jpg, 7.10.14 basin999.jpg, 7.10.14 basin99923.jpg, 7.10.14 basin999231.jpg, 7.10.14 basin9993.jpg, 7.10.14 basin99932.jpg, 7.10.14 basin999320.jpg, 7.10.14 basin99935.png, 7.10.14 basin999352.png, 7.10.14 basin99945686.jpg, 7.10.14 basin99976.jpg, 7.10.14 basin999765.jpg, |

|   |   |   |
|---|---|---|
|   | **Published:** | July 2014 |
| • | **Individual Photographs:** | 7.10.14 basin9998.png, 7.10.14 basin99985.png, 7.10.14 basin9999234.jpg, 7.10.14 basin999928.jpg, 7.10.14 basin99996.jpg, 7.10.14 basin9i87.jpg, 7.10.14 basin9w954.jpg, 7.10.14 fracking 1.jpg, 7.10.14 Fracking Industry New Mexico -1.jpg, 7.10.14 Fracking Industry New Mexico -15.jpg, 7.10.14 Fracking Industry New Mexico -17.jpg, 7.10.14 Fracking Industry New Mexico -18.jpg, 7.10.14 Fracking Industry New Mexico -3.jpg, 7.10.14 Fracking Industry New Mexico -35.jpg, 7.10.14 Fracking Industry New Mexico -36.jpg, 7.10.14 Fracking Industry New Mexico -4.jpg, 7.10.14 Fracking Industry New Mexico -5.jpg, 7.10.14 Fracking Industry New Mexico -6.jpg, 7.10.14 J46A1604.jpg, 7.10.14 nm 111.jpg, 7.10.14 nm 4.jpg, 7.10.14 nm raod.jpg, 7.10.14 nm.jpg, 7.10.14 nm001.jpg, 7.10.14 nm01.jpg, 7.10.14 nm1.jpg, 7.10.14 NM11.jpg, 7.10.14 nm112.jpg, 7.10.14 nm12.jpg, 7.10.14 nm13.jpg, 7.10.14 nm14.jpg, 7.10.14 nm15.jpg, 7.10.14 nm16.jpg, 7.10.14 nm2.jpg, 7.10.14 nm33.jpg, 7.10.14 nm333.jpg, 7.10.14 nm5.jpg, 7.10.14 nm6.jpg, 7.10.14 nm7.jpg, 7.10.14 nm8.jpg, 7.10.14 nm81.jpg, 7.10.14 nm9.jpg, 7.16.14 denton.jpg, 7.16.14 dentonSharon Wilson,.jpg, 7.16.14 rose.jpg, 7.31.14 Kansas01.jpg, 7.31.14 Kansas0112.jpg, 7.31.14 Kansas0113.jpg, 7.31.14 Kansas0114.jpg, 7.31.14 Kansas0115.jpg, 7.31.14 Kansas0116.jpg, 7.31.14 Kansas0117.jpg, 7.31.14 Kansas0118.jpg, 7.31.14 Kansas0119.jpg, 7.31.14 Kansas02.jpg, 7.31.14 Kansas03.jpg, 7.31.14 Kansas04.jpg, 7.31.14 Kansas05.jpg, 7.31.14 Kansas06.jpg, 7.31.14 Kansas07.jpg, |
|   | **Published:** | July 2014 |
| • | **Individual Photographs:** | 7.31.14 Kansas08.jpg, 7.31.14 Kansas09.jpg, 7.31.14 Kansas10.jpg, 7.31.14 Kansas20.jpg, |
|   | **Published:** | July 2014 |
| • | **Individual Photographs:** | 8.08.14 cat.2.jpg, 8.08.14 cat.3.jpg, 8.08.14 cat.4.jpg, 8.08.14 cat.jpg, 8.14.14 Protest 01.jpg, 8.14.14 Protest 02.jpg, 8.14.14 Protest 03.jpg, 8.14.14 Protest 05.jpg, 8.14.14 Protest 07.jpg, 8.14.14 Protest 08.jpg, 8.14.14 Protest 099.jpg, 8.14.14 Protest 20.jpg, 8.14.14 Protest 22.jpg, 8.14.14 Protest 25.jpg, 8.14.14 Protest 26.jpg, 8.14.14 Protest 27.jpg, 8.14.14 Protest 32.jpg, 8.14.14 Protest 36.jpg, 8.14.14 Protest 39.jpg, 8.14.14 Protest 41.jpg, 8.14.14 Protest.jpg, 8.14.14 Protest0 29.jpg, 8.14.14 Protest009.jpg, 8.14.14 Protest04.jpg, 8.14.14 Protest06.jpg, 8.14.14 Protest11.jpg, 8.14.14 Protest12.jpg, 8.14.14 Protest13.jpg, 8.14.14 Protest14.jpg, 8.14.14 Protest15.jpg, 8.14.14 Protest16.jpg, 8.14.14 Protest17.jpg, 8.14.14 Protest18.jpg, 8.14.14 Protest19.jpg, 8.14.14 Protest23.jpg, 8.14.14 Protest24.jpg, 8.14.14 Protest29.jpg, 8.14.14 Protest30.jpg, 8.14.14 Protest33.jpg, 8.14.14 Protest34.jpg, 8.14.14 Protest35.jpg, 8.14.14 Protest37.jpg, 8.14.14 Protest38.jpg, 8.14.14 Protest40.jpg, 8.14.14 Protesto28.jpg, 8.20.14 Flare.jpg, 8.20.14 General Russel Honor, .jpg, 8.20.14 IMG_9532_2.jpg, 8.20.14 J46A7986-Edit.jpg, 8.20.14 J46A7996-Edit_2.jpg, 8.20.14 Seirra Club.jpg, 8.22.14 nola.jpg, 8.22.14 nola00.jpg, 8.22.14 nola06.jpg, 8.22.14 nola07.jpg, 8.22.14 nola08.jpg, 8.22.14 nola09.jpg, 8.22.14 nola1.jpg, 8.22.14 nola10.jpg, 8.22.14 nola11.jpg, |
|   | **Published:** | August 2014 |
| • | **Individual Photographs:** | 8.22.14 nola112.jpg, 8.22.14 nola12.jpg, 8.22.14 nola13.jpg, 8.22.14 nola14.jpg, 8.22.14 nola15.jpg, 8.22.14 nola16.jpg, 8.22.14 nola17.jpg, 8.22.14 nola18.jpg, 8.22.14 nola19.jpg, 8.22.14 nola2.jpg, 8.22.14 nola20.jpg, 8.22.14 nola21.jpg, 8.22.14 nola22.jpg, 8.22.14 nola2223.jpg, 8.22.14 nola23.jpg, 8.22.14 nola24.jpg, 8.22.14 nola26.jpg, 8.22.14 nola27.jpg, 8.22.14 nola29.jpg, 8.22.14 nola2r2.jpg, 8.22.14 nola3.jpg, 8.22.14 nola4.jpg, 8.22.14 nola432.jpg, |



|  |  |
|---|---|
|  | 8.22.14 nola44.jpg, 8.22.14 nola5.jpg, 8.22.14 nola6.jpg, 8.22.14 nola7.jpg, 8.22.14 nola8.jpg, 8.22.14 nola88.jpg, 8.22.14 nola9.jpg, 8.22.14 nola908.jpg, 8.22.14 nola909.jpg, 8.22.14 nola932.jpg, 8.31.14 88.jpg, 8.31.14 barry .jpg, 8.31.14 general2.jpg, 8.31.14 noa77 .jpg, 8.31.14 nola gaurdian.jpg, 8.31.14 nola.jpg, 8.31.14 nola23.jpg, 8.31.14 nola43.jpg, 8.31.14 nola6.jpg, 8.31.14 nola9.jpg, 8.31.14 room.jpg, 8.31.1nola4.jpg, |
| **Published:** | August 2014 |
| • **Individual Photographs:** | 9.07.14 anti .jpg, 9.07.14 anti frack.jpg, 9.07.14 anti frack2.jpg, 9.07.14 farm.jpg, 9.07.14 farm2.jpg, 9.07.14 frack.jpg, 9.07.14 steph.jpg, 9.07.14 wll.jpg, 9.14.14 CO01 33.jpg, 9.14.14 CO01--w24.jpg, 9.14.14 CO01-22.jpg, 9.14.14 CO01.jpg, 9.14.14 CO0100.jpg, 9.14.14 CO01000312.jpg, 9.14.14 CO010014.jpg, 9.14.14 CO010021.jpg, 9.14.14 CO010038.jpg, 9.14.14 CO01009.jpg, 9.14.14 CO01011.jpg, 9.14.14 CO01040.jpg, 9.14.14 CO01043.jpg, 9.14.14 CO0105.jpg, 9.14.14 CO0107.jpg, 9.14.14 CO011.jpg, 9.14.14 CO0110.jpg, 9.14.14 CO012.jpg, 9.14.14 CO0120.jpg, 9.14.14 CO0122.jpg, 9.14.14 CO01222.jpg, 9.14.14 CO0122231.jpg, 9.14.14 CO013.jpg, 9.14.14 CO0132.jpg, 9.14.14 CO0133.jpg, 9.14.14 CO0134.jpg, 9.14.14 CO0135.jpg, 9.14.14 CO0136.jpg, 9.14.14 CO014.jpg, 9.14.14 CO0142.jpg, 9.14.14 CO0144.jpg, 9.14.14 CO01444.jpg, 9.14.14 CO014443.jpg, 9.14.14 CO01446.jpg, 9.14.14 CO0146.jpg, 9.14.14 CO0149.jpg, 9.14.14 CO015.jpg, 9.14.14 CO0150.jpg, 9.14.14 CO0151.jpg, 9.14.14 CO0152.jpg, 9.14.14 CO0153.jpg, 9.14.14 CO0154.jpg, 9.14.14 CO0155555.jpg, 9.14.14 CO016.jpg, 9.14.14 CO018.jpg, 9.14.14 CO01933.jpg, 9.14.14 CO0199-23.jpg, 9.14.14 CO0199.jpg, 9.14.14 CO019916.jpg, 9.25.14  bird.jpg, 9.25.14  flower2.jpg, 9.25.14  flower3.jpg, 9.25.14  st tammany.jpg, 9.25.14 flower.jpg, 9.25.14 liak.jpg, 9.25.14 st tammany 5.jpg, |
| **Published:** | September 2014 |
| • **Individual Photographs:** | 10.04.14 LAfrack.jpg, 10.04.14 LAfrack1.png, 10.04.14 LAfrack10.jpg, 10.04.14 LAfrack11.jpg, 10.04.14 LAfrack12.jpg, 10.04.14 LAfrack13.jpg, 10.04.14 LAfrack14.jpg, 10.04.14 LAfrack15.jpg, 10.04.14 LAfrack16.jpg, 10.04.14 LAfrack2.jpg, 10.04.14 LAfrack3.jpg, 10.04.14 LAfrack4.jpg, 10.04.14 LAfrack5.jpg, 10.04.14 LAfrack6.jpg, 10.04.14 LAfrack7.jpg, 10.04.14 LAfrack8.jpg, 10.04.14 LAfrack9.jpg, 10.14.14 LA sing.jpg, 10.22.14 Barnett Shale - 1.jpg, 10.22.14 kids.jpg, 10.22.14 rig.jpg, 10.22.14 sign denotn.jpg, 10.27.14 denton.jpg, 10.27.14 la fracking.jpg, |
| **Published:** | October 2014 |
| • **Individual Photographs:** | 11.05.14 denton.2.jpg, 11.05.14 denton.4.jpg, 11.05.14 denton.5.jpg, 11.05.14 denton.jpg, 11.13.14 texas.jpg, 11.13.14 texas2.jpg, 11.13.14 texas3.jpg, 11.13.14 texas4.jpg, 11.14.14 ian 2.jpg, 11.14.14 ian crwd.jpg, 11.14.14 ian.jpg, 11.14.14 ian3.jpg, 11.14.14 ian4.jpg, 11.14.14 ian5.jpg, 11.14.14 ian6.jpg, 11.14.14 kid.jpg, 11.14.14 tree.jpg, 11.19.14 activist OK03.jpg, 11.19.14 Damage Oklahoma 04.jpg, 11.19.14 ok.jpg, 11.19.14 ok00.jpg, 11.19.14 ok7.jpg, 11.19.14 ok9.jpg, 11.26.14 nola 2.jpg, 11.26.14 nola.jpg, 11.26.14 nola10.jpg, 11.26.14 nola3.jpg, 11.26.14 nola4.jpg, 11.26.14 nola5.jpg, 11.26.14 nola6.jpg, 11.26.14 nola7.jpg, 11.26.14 nola8.jpg, 11.26.14 nola9.jpg, |
| **Published:** | November 2014 |

# Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 22, 2014 |
| **Latest Publication Date in Group:** | November 26, 2014 |

**Nation of First Publication:** United States

## Author

- **Author:** Julie Dermansky
- **Author Created:** photographs
- **Work made for hire:** No
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Dermansky
2357 Cours Carson Street, Mandeville, LA, 70448, United States

## Certification

**Name:** Richard Liebowitz
**Date:** March 24, 2018



**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002100104
**Service Request #:**   1-6421244271

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States