# EXHIBIT C

Case 1:23-cv-02209-ACR   Document 1-3   Filed 07/31/23   Page 2 of 2

