# EXHIBIT E

Fracking-Industry-New-Mexico-3x2 (downloaded from...

-cv-02209-ACR   Document 1-5   Filed 07/31/23

**General | Details | Previous Versions**

| Property | Value |
|---|---|
| **Description** | |
| Title | Aerial view of the 'OIl Patch' i... |
| Subject | |
| Rating | ☆ ☆ ☆ ☆ ☆ |
| Tags | |
| Comments | |
| **Origin** | |
| Authors | Julie Dermansky |
| Date taken | 6/26/2014 12:00 AM |
| Program name | |
| Date acquired | |
| Copyright | ©2014 Julie Dermansky |
| **Image** | |
| Image ID | |
| Dimensions | 1000 x 667 |
| Width | 1000 pixels |
| Height | 667 pixels |
| Horizontal resolution | 300 dpi |
| Vertical resolution | 300 dpi |
| Bit depth | 24 |
| Compression | |

[Remove Properties and Personal Information](#)

[ OK ]   [ Cancel ]   [ Apply ]