# EXHIBIT F

# EXHIBIT F-1





# OPEC+'S Balancing Act Could Get Help From Struggling Shale

Nick Cunningham

OPEC+ managed to reach an agreement to cut production by an additional 500,000 barrels per day (b/d) for the first three months of 2020, a move that helped bolster market sentiment and ease concerns about oversupply.

However, a few days after the OPEC+ deal was announced, the IEA warned that the oil market would still suffer from a supply surplus, at least for the first few months of 2020. But mounting problems in the U.S. shale industry could tighten up the market as the year wears on.

## How significant is OPEC+ deal?

Oil prices reacted immediately after OPEC+ announced additional 500,000 b/d in cuts, although the price gains overall were relatively modest. Still, in terms of sentiment, the market seems to have undergone a notable shift in early December, boosted both by the news from Vienna as well as from the partial trade deal between the U.S. and China.

Bullish bets on oil futures surged in the week following both deals, the largest shift into net-length from hedge funds and other money managers in more than two years. It's a clear sign that big investors see the market turning a corner.

But, in terms of the fundamentals, there is debate about the significance of the new cuts. OPEC+ was already producing under the ceiling for the group, as Iran and Venezuela lost huge volumes of production this year and Saudi Arabia continued to over-comply. Russia also managed to get some of its condensate production exempted from the deal.

On the other hand, Saudi Arabia promised unilateral cuts of 400,000 b/d in addition to the 500,000 b/d reduction from OPEC+. Finally, the group pledged greater compliance from lagging members, namely, Iraq and Nigeria.

Despite all the extra effort, the IEA said that the oil market would see a surplus of 0.7 million barrels per day (Mb/d) in the first quarter of 2020. "Even if they adhere strictly to the cut, there is still likely to be a strong build in inventories during the first half of next year," the IEA said in its December Oil Market Report. If everything goes according to the script, OPEC will cut output to around 29.3 Mb/d in January. "That is still 700 kb/d above the 1Q20 call on OPEC crude and 1 mb/d above the second quarter call."

## U.S. shale slows down

But dire forecasts about chronic oversupply hinge on ongoing robust growth from U.S. shale, an assumption that is now very much in question. As the shale industry added prodigious volumes of new supply over the last decade, the "base decline rate" has surged.

"Base decline is the volume that oil and gas producers need to add from new wells just to stay where they are—it is the speed of the treadmill," Raoul LeBlanc, vice president of Unconventional Oil and Gas at IHS Markit, said in a statement. "Because of the large increases of recent years, the base decline production rate for the Permian Basin has increased dramatically, and we expect those declines to continue to accelerate. As a result, it is going to be challenging, especially for some companies with cash constraints, just to keep production flat." Without access to capital, spending cuts from drillers may provide immediate relief to wrecked balance sheets, but the impact will also be felt almost immediately on production growth.

IHS Markit predicts U.S. oil production growing by just 440,000 b/d in 2020, less than half of what the IEA envisions. In 2021, IHS says shale growth will flatten out entirely. Production is already stagnant in just about all shale basins outside of the Permian.

Meanwhile, Standard Chartered disputes the productivity data being published by the EIA. "We cannot find a source from shale oil and gas companies that supports an 18% y/y rise in initial well productivity. The talk among companies is of initial well productivity at best stalling, and at worst falling, due to a variety of technological and geological constraints, particularly in the move from tier one to tier two acreage," the bank said.

Case 1:23-cv-02009-ACR Document 1-6 Filed 07/31/23 Page 5 of 13

If U.S. shale does not live up to market expectations, the oil market could tighten up by more than anticipated. Goldman Sachs also says that U.S. shale problems could result in an inflection point in the oil market. "We are entering a bottoming phase for Energy equities in 2020, with potential for improving Energy equity sentiment as the year progresses resulting from lower non-OPEC supply growth outlook for 2021," Goldman analysts wrote in a note on December 2017.

In other words, after years of having to restrain output to prevent an enormous glut of supply, OPEC may finally be called upon to increase production in order to keep crude inventories in balance. "Barring a recession or non-compliance, it is not clear incremental OPEC cuts will be needed" beyond the current agreement, the bank said.

# EXHIBIT F-2

Case 1:23-cv-02009-ACR Document 1-6 Filed 07/31/23 Page 7 of 13
From High To Low: Could U.S. Shale Production Stall in 2020? - The Fuse





# From High To Low: Could U.S. Shale Production Stall In 2020?

Gregory Brew

Oil production in the U.S. hit a major milestone in 2019.

According to new data from the EIA, total crude output increased by 11 percent and surpassed 12 million barrels per day (Mbd). Average monthly output was 12.86 Mbd, the highest level ever achieved since the U.S. began producing oil in the 1860s.

Fueling the increase was the runaway production in the state of Texas, which now produces over 5 Mbd. Output in Texas is dominated by unconventional crude from tight rock formations, utilizing horizontal drilling and hydraulic fracturing.

There's no question that U.S. crude oil production is booming. The question now is: how long will it last?

The EIA expects U.S. output to keep rising. The Short-Term Energy Outlook predicts an increase to 13.2 Mbd in 2020, reflecting growth of about 500,000 bpd. National output will rise again in 2021 to 13.6 Mbd, growing by 400,000 bpd, before tapering off somewhat in 2022.

U.S. shale growth could slow this year, potentially plateauing after years of rampant expansion.

But the short-term demand shock from coronavirus, fears of an economic slowdown, and mounting concerns of profitability in the U.S. oil patch might dent American production in 2020. Should OPEC open the taps and end its

From High to Low: Could U.S. Shale Production Stall in 2020? – The Fuse

program of production cuts, U.S. shale growth could slow this year, potentially plateauing after years of rampant expansion.

Before fears of coronavirus took a bite out of oil prices and sent the stock market plunging, concerns were building over the near-term viability of U.S. shale.

In the final months of 2019, bankruptcies swept the industry, as more smaller companies struggled to stay afloat amidst the persistent supply glut and low prices. The rig count fell for 12 months straight. In early 2020, Baker Hughes reported 790 rigs at work in the US, down 248 from early 2019.

With prices below $60 for most of 2019, the S&P 500 Energy index grew by less than 10 percent in 2019. Shale producers sat on $200 billion in debt. Oil majors reported disappointing fourth quarter profits. Analysts in December predicted a slower year for shale, with others wondering if shale had reached the edge of its profitability.

Cut to two months later. The spread of coronavirus brought a shock to the stock market, accompanied by a precipitous decline in major oil prices indices.

In February, China slashed its oil demand forecast. International estimates of the annual oil demand fell across the board. By the month's end, the concerns over demand turned into a proper rout.

From February 20 to February 28, Brent fell by 15 percent, as prices slid from $58 to $49, before recovering slightly on March 20. Coronavirus has sent tremors through the industry. CERAWeek 2020, the largest energy conference of the year, has been cancelled, as hosts in Houston worry about the disease's spread.

The S&P 500 Energy index has fallen like a stone. Major U.S energy companies like ExxonMobil have seen stock prices fall to their lowest level in 10 years. Occidental Petroleum is poised to sell off millions of acres in Wyoming as it pays down debt from the $55 billion acquisition of Anadarko Petroleum last year.

Estimates of oil demand grow more bearish by the day, with a growing minority now predicting flat demand growth in 2020, for the first time in 40 years.

From High to Low: Could U.S. Shale Production Stall in 2020? - The Fuse

Natural gas has driven the fracking revolution. But with prices slipping below $2 per million Btu and markets in Europe saturated—to the point that US LNG shipments are being canceled—gas will be squeezed as well as oil.

The U.S. shale position looks increasingly tenuous.

Amidst it all, the U.S. shale position looks increasingly tenuous. Shale bankruptcies look set to continue, as the industry sags under a crushing debt load made worse by low prices. While the EIA daily energy report gives U.S. producers reason to celebrate, the Drilling Productivity Report from February indicated a slowdown in all fields, apart from the Permian Basin.

Low prices have pushed down upstream investment. That will likely translate into slower supply growth in the future and higher prices. Much of the output growth over the last four years has come from the U.S. shale patch, while the U.S. competition from OPEC has declined due to OPEC production cuts and geopolitically-derived drops in output, from war in Libya to the re-imposition of Iranian sanctions.

Eventually prices should pick back up. But that's unlikely to happen in 2020. This year could see the dramatic growth of U.S. production slow, and perhaps even stall. While it's still too early to tell, much will depend on how resilient the domestic sector proves to be against falling demand and global economic instability triggered by the coronavirus outbreak.

# EXHIBIT F-3



# Where Will The Oil Markets Be In Six Months?

Robbie Diamond

It is hard to believe what we are seeing in oil markets. The news alerts yesterday about oil prices sinking below $0 were being exchanged by oil experts and traders in disbelief. In just one day, the price of West Texas Intermediate (WTI) oil—the American benchmark—slumped an astonishing 306 percent, dropping almost $56 to a historic low of minus $36.73.

**The flattening of the COVID-19 curve is plummeting the oil price curve.**

The flattening of the COVID-19 curve is plummeting the oil price curve, helped by the strategic effort of Russia and Saudi Arabia to drive domestic producers out of business. Energy policymakers in Moscow and Riyadh might not be health experts but they knew that just as COVID-19 sadly kills more humans with pre-existing conditions, it can also kill companies with pre-existing conditions like the domestic oil industry with soaring debt, higher production costs, and poor balance sheets. It was cool and calculated.

Despite any subsequent verbal agreement to remove oil from the market, the shut in barrels that are produced more cheaply than U.S. barrels and backed up by the financial reserves of these energy country behemoths can just be flooded into the market again when demand begins to show some signs of life.

On the one hand, this negative price for WTI is just a momentary event caused by the fact that the futures contract for May delivery expires today. The forward price for oil in June closed at $20.43 and the price for November ended at around $31.66, which is a sign that traders are betting that demand will bounce back. However, it should be noted that $30 is still less than breakeven for many domestic producers.

This is not a criticism of the importance to the country of domestic production and the amazing innovative spirit of domestic producers, particularly independents, but an acknowledgement that their activities are just one more component of the diversity that is needed.

**The truth is that the United States is really energy dominant, except it is not just about oil dominance but rather all fuels—from natural gas to renewables, from hydropower to nuclear.**

The truth is that the United States is really energy dominant, except it is not just about oil dominance but rather all fuels—from natural gas to renewables, from hydropower to nuclear. We just need to harness Energy Dominance in a different way, which means using all those fuels in the transportation sector. No country can claim such fuel diversity and the ability to tap so many energy sources, from the sun in the south to the wind in the Midwest to the hydro in the west, and the natural gas in shale.

As noted above, oil prices in November are still just about $30, which on one hand is a vote for economic confidence but also a sign of continued weakness. We can question when will things get back to some semblance of normal with people driving and flying again, but one can also ask the question about what might never go back to the way it was. Peter Tertzakian, a Canadian energy analyst from ARC Energy, wrote a great book in 2009 called *The End of Energy Obesity* discussing that it was the barrel we do not use due to a change in habits that will have a much more profound effect on energy demand than solutions like efficiency or environmental efforts to leave oil in the ground.

With all the Zoom meetings, family gatherings, online religious events, the telemedicine, and the contactless delivery that is poised to be electric while also autonomous, will we just use less. We will, of course, as humans want to get together to see and hug family and interact with co-workers, but the question of how many airplanes might we not get on for out of town meetings or trips downtown we might not take has yet to be answered. It is just one example of what might change.

The work of SAFE always asked the question of what will happen to the international order if oil does become a low-priced commodity, and many countries who depend on that revenue for their state budgets become insolvent with no economic prospects.

4/27/23, 5:43 PM
Case 1:23-cv-02209-ACR   Document 1-6   Filed 07/31/23   Page 13 of 13
Where Will the Oil Markets Be in Six Months? - The Fuse

This was clearly one of the reasons that Saudi Arabia launched Saudi Vision 2030 and other countries talked about using this time to create more viable economies. The United States was once in a position financially, or even geopolitically, to help with this transition but the time might come in the months ahead when we see a resurgence in instability and conflict, particularly in the Middle East.

Is this the second pandemic for the region? We already see Iran harassing the U.S. Navy in the Persian Gulf. Iraq has seen months of protests against the government, which is struggling with budget shortfalls. The same can be said for a myriad of countries in the region. There may have been a time that the United States cared, but it seems increasingly unlikely. In the end, it might be a fall in supply—caused by the instability in the Middle East, upon which we have always depended for oil—that saves prices when demand fails to recover.

In the end, Churchill is once again correct and SAFE's mission continues to find "security in diversity and diversity alone." It is the diversity of fuel in transportation that will make any energy price curve in the future irrelevant to our economic and political wellbeing.