UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE DERMANSKY,<br><br>   Plaintiffs,<br><br>vs.<br><br>SECURING AMERICA'S FUTURE<br>ENERGY FOUNDATION,<br><br>   Defendant. | Case No. 1:23-cv-02209<br><br>**Motion for Admission *Pro Hac Vice*** |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to United States District Court for the District of Columbia Civil Local Rule 83.2 (c), Samuel J. Buffone Jr., a member in good standing of the bar of this Court, respectfully moves for an order admitting Shane David Behrman Wax of Leichtman Law PLLC as counsel *pro hac vice* which will permit Mr. Wax to argue or try this case in whole or in part on behalf of Plaintiffs. I respectfully request that this Court admit Mr. Wax as a visiting attorney to appear on behalf of the Plaintiffs in the above-captioned matter.

Mr. Wax is an active member in good standing of the State Bar of New York, as set forth in his sworn declaration attached to this Motion. Additionally, a certificate of good standing from the Supreme Court of the State of New York is filed along with a payment of $100.

DATED this 17nd day of August, 2023.

                                            *s/ Samuel J. Buffone, Jr.*
SAMUEL J. BUFFONE, JR.
District of Columbia Bar No. 1721688
4455 Willard Ave. Suite 600
Chevy Chase, MD 20815
Telephone: (202) 997-8562
Email: *sam@buffonelawgroup.com*
Attorney for Plaintiffs