AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

JULIE DERMANSKY

*Plaintiff(s)*

v.     Civil Action No. 23-cv-02209

SECURING AMERICA'S FUTURE ENERGY FOUNDATION

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SECURING AMERICA'S FUTURE ENERGY FOUNDATION
1111 19th Street, NW, Suite 406
Washington, DC 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 08/01/2023

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of District of Columbia

Case Number: 1:23-CV-02209

Plaintiff:
**Julie Dermansky**

vs.

Defendant:
**Securing America's Future Energy Foundation**

Received by Direct Process Service to be served on **Securing America's Future Energy Foundation, 1015 15th Street NW Suite 1000, C\O CT Corp, Washington, DC 20005**.

I, Shawnda S. Steward, do hereby affirm that on the **10th day of August, 2023** at **2:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet and Exhibits** with the date and hour of service endorsed thereon by me, to: **Reza Lustig** as **Registered Agent** at the address of: **1015 15th Street NW Suite 1000, Washington, DC 20005**, who stated they are authorized to accept service for **Securing America's Future Energy Foundation**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 165, Hair: Dark Brown, Glasses: Y

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Shawnda S. Steward

**Direct Process Service**
**22 Southern Blvd, Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2023001194

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

