AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE DERMANSKY | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-02209-ACR |
| SECURING AMERICA'S FUTURE ENERGY FOUNDATION | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Julie Dermansky                              .

Date: September 13, 2023

*Attorney's signature*

Matthew McFarlane (Bar No. NY0565)
*Printed name and bar number*

LEICHTMAN LAW PLLC
185 Madison Avenue 15 FL
New York, NY 10016
*Address*

mmcfarlane@leichtmanlaw.com
*E-mail address*

(212) 419-5210
*Telephone number*

*FAX number*