IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE DERMANSKY,

                *Plaintiff*,

v.

SECURING AMERICA'S FUTURE
ENERGY FOUNDATION,

                *Defendants*.

Case No.: 1:23-cv-02209-ACR

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court for the District of Columbia Civil Local Rule 83.2(c), Matthew B. McFarlane, a member in good standing of the bar of this Court, respectfully moves for an order admitting David Leichtman of Leichtman Law PLLC as counsel *pro hac vice* which will permit Mr. Leichtman to argue or try this case in whole or in part on behalf of Plaintiff. I respectfully request this Court admit Mr. Leichtman as a visiting attorney to appear on behalf of the Plaintiff in the above-captioned matter.

Mr. Leichtman is an active member in good standing of the State Bar of New York, as set forth in his sworn declaration attached to this Motion. Additionally, a certificate of good standing from the Supreme Court of the State of New York is filed along with a payment of $100.

Dated:   September 13, 2023                         Respectfully submitted,

By:   */s/ Matthew McFarlane*
LEICHTMAN LAW PLLC
Matthew B. McFarlane (Bar No. NY0565)
David Leichtman (pro hac vice to be filed)
Shane D. Wax (*pro hac vice*)
185 Madison Avenue, 15th Floor
New York, NY 10016
Tel: (212) 419-5210
Fax: (646) 663-4283
mmcfarlane@leichtmanlaw.com
dleichtman@leichtmanlaw.com
swax@leichtmanlaw.com

SAMUEL J. BUFFONE, JR.
District of Columbia Bar No. 1721688
4455 Willard Ave., Suite 600
Chevy Chase, MD 20815
Telephone: (202) 997-8562
sam@buffonelawgroup.com

*Attorneys for Plaintiff Julie Dermansky*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September, 2023, a copy of this ENTRY OF APPEARANCE has been filed via the CM/ECF e-filing system, and copies served by electronic mail to upon all counsel of record.

                                             */s/ Matthew B. McFarlane*
                                               Matthew B. McFarlane