## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September, 2023, a copy of this ENTRY OF APPEARANCE has been filed via the CM/ECF e-filing system, and copies served by electronic mail to upon all counsel of record.

                                                               */s/ Matthew B. McFarlane*
                                                                Matthew B. McFarlane