UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------x
JULIE DERMANSKY,

        *Plaintiff*,

    -against-

SECURING AMERICA'S FUTURE ENERGY
FOUNDATION,

        *Defendant*.
-------------------------------------------------------------------------x

Index No.: 1:23-cv-02209

**NOTICE OF APPEARANCE OF DAVID LEICHTMAN AS COUNSEL FOR PLAINTIFF**

PLEASE TAKE NOTICE that David Leichtman of the law firm Leichtman Law PLLC, located at 185 Madison Avenue, 15th Floor, New York, New York 10016, an attorney duly admitted *pro hac vice* to practice before this Court (See R. Doc. #6), hereby appears as counsel for Plaintiff Julie Dermansky in the above-captioned action. All papers, pleadings, discovery, correspondence, and other materials in this matter should be served upon counsel at the address referenced herein.

Dated: September 15, 2023
      New York, New York

**LEICHTMAN LAW PLLC**

By:   */s/ David Leichtman*

David Leichtman
185 Madison Avenue, 15th Floor
New York, New York 10016
Tel: (212) 419-5210
dleichtman@leichtmanlaw.com
*Attorneys for Plaintiff Julie Dermansky*